UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANDFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO PD, et al.,<br><br>  Defendants. | No. 2:25-cv-00434-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 3) |

  Plaintiff James Sandford proceeds *pro se* and *in forma pauperis* in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On February 24, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to Plaintiff's failure to allege subject matter jurisdiction and failure to state a cognizable claim. (Doc. No. 3.) The magistrate judge explained that the sole federal claim on which federal question jurisdiction is based requires allegations of a federal actor's conduct, and Plaintiff's "complaint does not allege any tort committed by a *federal* actor." (*Id.* at 3.) In addition, the magistrate judge found that there is no diversity jurisdiction because the parties are both California residents. (*Id.* at 3.) Lastly, because the court lacks jurisdiction over Plaintiff's federal claim, the magistrate judge recommends that the court decline to exercise supplemental jurisdiction over Plaintiff's state law claims. (*Id.*)

1

1    The magistrate judge further concluded "that the jurisdictional deficiencies cannot be cured by
2    amendment" and thus recommends "that the dismissal be without leave to amend." (*Id.* at 4.) The
3    pending findings and recommendations were served on the parties and contained notice that any
4    objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4–5.) To date, no
5    objections to the findings and recommendations have been filed, and the time in which to do so
6    has now passed.

7    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
8    *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
9    findings and recommendations are supported by the record and by proper analysis.

10   Accordingly:

11   1.    The findings and recommendations issued on February 24, 2025 (Doc. No. 3) are
12         ADOPTED in full;
13   2.    Plaintiff's complaint is DISMISSED without leave to amend; and
14   3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 7, 2025**

Dena Coggins
United States District Judge

2